# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-414-826

**Effective Date of Registration:**
April 12, 2024
**Registration Decision Date:**
September 27, 2024

---

## Title

**Title of Work:** Fernando

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** October 18, 2021
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Abraham Sandor Szomor
  **Pseudonym:** popcult posters
  **Author Created:** 2-D artwork
  **Citizen of:** Hungary
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Abraham Sandor Szomor
Tassi ut 59, Domsod, 2344, Hungary

## Limitation of copyright claim

**Material excluded from this claim:** photograph of protagonist's helmet
**New material included in claim:** 2-D artwork, collage, all other elements, including the gradient background.

## Rights and Permissions

**Name:** Abraham Sandor Szomor
**Email:** szomorab@gmail.com
**Address:** Tassi ut 59
Domsod 2344 Hungary

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-403-825**

**Effective Date of Registration:**
April 12, 2024
**Registration Decision Date:**
July 17, 2024

---

## Title

**Title of Work:** Al's Guitar

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** January 04, 2020
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Abraham Sandor Szomor
  **Pseudonym:** popcult posters
  **Author Created:** 2-D artwork
  **Citizen of:** Hungary
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Abraham Sandor Szomor
Tassi ut 59, Domsod, 2344, Hungary

## Rights and Permissions

**Name:** Abraham Sandor Szomor
**Email:** szomorab@gmail.com
**Address:** Tassi ut 59
Domsod 2344 Hungary

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-403-805**

**Effective Date of Registration:**
April 12, 2024
**Registration Decision Date:**
July 17, 2024

## Title

**Title of Work:** Blues Guitar

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 23, 2018
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Abraham Sandor Szomor
  **Pseudonym:** popcult posters
  **Author Created:** 2-D artwork
  **Citizen of:** Hungary
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Abraham Sandor Szomor
Tassi ut 59, Domsod, 2344, Hungary

## Rights and Permissions

**Name:** Abraham Sandor Szomor
**Email:** szomorab@gmail.com
**Address:** Tassi ut 59
Domsod 2344 Hungary

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-403-810

**Effective Date of Registration:**
April 12, 2024
**Registration Decision Date:**
July 17, 2024

---

### Title

**Title of Work:** Ed's Guitar

### Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 16, 2019
**Nation of 1st Publication:** Hungary

### Author

- **Author:** Abraham Sandor Szomor
  **Pseudonym:** popcult posters
  **Author Created:** 2-D artwork
  **Citizen of:** Hungary
  **Pseudonymous:** Yes

### Copyright Claimant

**Copyright Claimant:** Abraham Sandor Szomor
Tassi ut 59, Domsod, 2344, Hungary

### Rights and Permissions

**Name:** Abraham Sandor Szomor
**Email:** szomorab@gmail.com
**Address:** Tassi ut 59
Domsod 2344 Hungary

### Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-414-673**

**Effective Date of Registration:**
April 12, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title

**Title of Work:** Jochen

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 18, 2021
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Abraham Sandor Szomor
  **Pseudonym:** popcult posters
  **Author Created:** 2-D artwork
  **Citizen of:** Hungary
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Abraham Sandor Szomor
Tassi ut 59, Domsod, 2344, Hungary

## Limitation of copyright claim

**Material excluded from this claim:** photograph of protagonist's helmet
**New material included in claim:** 2-D artwork, collage, all other elements, including the gradient background.

## Rights and Permissions

**Name:** Abraham Sandor Szomor
**Email:** szomorab@gmail.com
**Address:** Tassi ut 59
Domsod 2344 Hungary

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-414-824**

**Effective Date of Registration:**
April 12, 2024
**Registration Decision Date:**
September 27, 2024

---

## Title

**Title of Work:** Jenson

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** October 18, 2021
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Abraham Sandor Szomor
  **Pseudonym:** popcult posters
  **Author Created:** 2-D artwork
  **Citizen of:** Hungary
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Abraham Sandor Szomor
Tassi ut 59, Domsod, 2344, Hungary

## Limitation of copyright claim

**Material excluded from this claim:** photograph of protagonist's helmet
**New material included in claim:** 2-D artwork, collage, all other elements, including the gradient background.

## Rights and Permissions

**Name:** Abraham Sandor Szomor
**Email:** szomorab@gmail.com
**Address:** Tassi ut 59
Domsod 2344 Hungary

Page 1 of 2

